640 A.2d 846

IN THE MATTER OF STEVEN I. KERN, AN ATTORNEY AT LAW.

May 13, 1994.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court, recommending that **STEVEN I. KERN** of **BRIDGEWATER**, who was admitted to the bar of this State in 1975, be publicly reprimanded for violating *RPC* 1.16(c) by improperly withdrawing from the representation of a client in proceedings before the Office of Administrative Law after being ordered by that tribunal to continue with his representation of the client, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **STEVEN I. KERN** of

**BRIDGEWATER** is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.